UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT MANN,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE FARM INSURANCE COMPANY, aka STATE FARM, aka STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 25, Inclusive,<br><br>         Defendants. | CASE NO.  2:14-CV-00556-JAM-DAD<br><br>**ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER** |

Pursuant to the parties' stipulation, the Status (Pre-Trial Scheduling) Order is revised as follows:

    1. Expert Disclosure                                                                    August 20, 2015
                                                                                            (currently June 19, 2015)

    2. Expert Rebuttal                                                                       September 3, 2015
                                                                                            (currently July 3, 2015)

    3. Fact and Expert Discovery Cutoff                                 September 24, 2015
                                                                                            (currently August 21, 2015)

The remaining dates and deadlines set forth in the Status (Pre-Trial Scheduling) Order dated June 25, 2014 (Dkt 18) remain unchanged.

IT IS SO ORDERED.

Dated: May 11, 2015

/s/John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

598196

-2-

**ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER
CASE NO. 2:14-CV-00556-JAM-DAD**