STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

DANIEL S. GLASS (SBN 140819)
LAW OFFICES OF DANIEL S. GLASS
641 Fulton Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.483.1971
Facsimile: 916.483.1371

Attorney for Plaintiff
MANJIT MANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT MANN,<br><br>                Plaintiff,<br><br>        v.<br><br>STATE FARM INSURANCE COMPANY, aka STATE FARM, aka STATE FARM GENERAL INSURANCE COMPANY, and DOES 1through 25, Inclusive,<br><br>                Defendants. | CASE NO.   2:14-CV-00556-JAM-EFB<br><br>**STIPULATION OF DISMISSAL; ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1) |

   IT IS HEREBY STIPULATED by Plaintiff Manjit Mann through his attorney of record, Daniel S. Glass of the Law Offices of Daniel S. Glass, and Defendant State Farm General Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party to bear their own costs.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: April _____, 2016 | LAW OFFICES OF DANIEL S. GLASS |
| 2 | | |
| 3 | | By: _____ |
| 4 | |    DANIEL S. GLASS<br>   Attorney for Plaintiff |
| 5 | |    MANJIT MANN |
| 6 | | |
| 7 | Dated: April _____, 2016 | HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP |
| 8 | | |
| 9 | | By: _____ |
|   | |    STEPHEN M. HAYES |
| 10 | |    STEPHEN P. ELLINGSON<br>   Attorneys for Defendant |
| 11 | |    STATE FARM GENERAL INSURANCE<br>   COMPANY |

**ORDER**

IT IS SO ORDERED.

Dated: 4/21/2016

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
EASTERN DISTRICT OF CALIFORNIA

675217                                     -2-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO. 2:14-CV-00556-JAM-EFB**